B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Haljean, Peter M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Haljean, Michelle M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6865** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1900 Hampton Court**<br>**Plainfield, IL**<br><div align="right">ZIP Code **60586**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1900 Hampton Court**<br>**Plainfield, IL**<br><div align="right">ZIP Code **60586**</div> |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br><br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>  of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>  of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br><br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Haljean, Peter M.**<br>**Haljean, Michelle M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X** **/s/ Robert J. Welz**                        **May 29, 2014**<br>    Signature of Attorney for Debtor(s)        (Date)<br>    **Robert J. Welz** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Haljean, Peter M.**<br>**Haljean, Michelle M.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter M. Haljean**

Signature of Debtor  **Peter M. Haljean**

X **/s/ Michelle M. Haljean**

Signature of Joint Debtor **Michelle M. Haljean**

Telephone Number (If not represented by attorney)

**May 29, 2014**
Date

### Signature of Attorney*

X **/s/ Robert J. Welz**

Signature of Attorney for Debtor(s)

**Robert J. Welz 03127808**
Printed Name of Attorney for Debtor(s)

**Rouskey and Baldacci**
Firm Name

**151 Springfield Avenue**
**Joliet, IL 60435**

Address

**Email: rouskey-baldacci@sbcglobal.net**
**815-741-2118  Fax: 815-741-0670**
Telephone Number

**May 29, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Peter M. Haljean**
**Michelle M. Haljean**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Peter M. Haljean**
                                   **Peter M. Haljean**

Date:    **May 29, 2014**

Certificate Number: 03591-ILN-CC-023464141



03591-ILN-CC-023464141

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 23, 2014</u>, at <u>12:15</u> o'clock <u>AM CDT</u>, <u>Peter Haljean</u> received from <u>Chestnut Health Systems, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>May 23, 2014</u>                By:  _____

Name:  <u>CHERYL D FOSTER</u>

Title:  <u>CERTIFIED CREDIT COUNSELOR</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Peter M. Haljean**
       **Michelle M. Haljean**                       Case No. _____

                                      Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michelle M. Haljean**
                              **Michelle M. Haljean**

Date:    **May 29, 2014**

Certificate Number: 03591-ILN-CC-023464125



03591-ILN-CC-023464125

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 23, 2014</u>, at <u>12:15</u> o'clock <u>AM CDT</u>, <u>Michelle Haljean</u> received from <u>Chestnut Health Systems, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>May 23, 2014</u>                     By: _[signature]_

Name: CHERYL D FOSTER

Title: CERTIFIED CREDIT COUNSELOR

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**

_____ ,
                             Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 394,500.00 | | |
| B - Personal Property | Yes | 3 | 11,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 460,778.88 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 3 | | 52,731.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 62 | | 2,187,248.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,718.94 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,685.00 |
| Total Number of Sheets of ALL Schedules | | 78 | | | |
| Total Assets | | | 405,700.00 | | |
| Total Liabilities | | | | 2,700,759.72 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**

Case No. _____

                                      Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
     report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 52,731.89 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 52,731.89 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,718.94 |
| Average Expenses (from Schedule J, Line 22) | 3,685.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,266.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 59,078.31 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 52,731.89 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 2,187,248.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,246,327.26 |

B6A (Official Form 6A) (12/07)

In re    **Peter M. Haljean,**                                              Case No. _____
         **Michelle M. Haljean**

                                      Debtors
                                                                    ,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Time Share Located at The Palms Country Club and Resort Condominiums, Las Vegas, NV** | **100% Ownership Interest** | J | 25,000.00 | 33,234.78 |
| **Single Family Residence Located at 1029 S. Cooper Road, New Lenox, IL** | **100% Ownership Interest** | W | 199,500.00 | 250,283.53 |
| **Residence Located at 1113 Windy Hill Court, Varna, IL** | **100% Ownership Interest** | W | 170,000.00 | 166,700.57 |

|  |  |  |
|---|---|---|
| Sub-Total > | 394,500.00 | (Total of this page) |
| Total > | 394,500.00 |  |

 **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Peter M. Haljean,**
    **Michelle M. Haljean**
                          Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account** | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous Household Goods and Furnishings** | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous Wearing Apparel** | J | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **700.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Peter M. Haljean,**                                                      Case No. _____
       **Michelle M. Haljean**
                                                      ,
                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Peter M. Haljean,**                                               Case No. _____
          **Michelle M. Haljean**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Chevrolet Trail Blazer** | H | 10,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 10,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 11,200.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Peter M. Haljean,**                                                    Case No. _____
       **Michelle M. Haljean**
_____,
               Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking Account** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Miscellaneous Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| | | | |
| | Total: | **700.00** | **700.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Peter M. Haljean,**
    **Michelle M. Haljean,**

Case No. _____

_____
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| Account No. **xxxxxx0618**<br><br>**Diamond Resorts Financial Services,**<br>**10600 W. Charleston Blvd.**<br>**Las Vegas, NV 89135** | | | | J | Mortgage<br><br>**Time Share Located at The Palms Country Club and Resort Condominiums, Las Vegas, NV** | | | | | |
| | | | | | Value $                    **25,000.00** | | | | **33,234.78** | **8,234.78** |
| Account No. **x7816**<br><br>**Fay Servicing**<br>**Post Office Box 220720**<br>**Chicago, IL 60622** | | | W | | Mortgage<br><br>**Single Family Residence Located at 1029 S. Cooper Road, New Lenox, IL** | | | | | |
| | | | | | Value $                  **199,500.00** | | | | **250,283.53** | **50,783.53** |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn Street**<br>**Chicago, IL 60604** | | | | J | Tax Lien<br><br>**Residence Located at 1113 Windy Hill Court, Varna, IL** | | | | | |
| | | | | | Value $                  **170,000.00** | | | | **80,000.00** | **0.00** |
| Account No. **x6997**<br><br>**Marquette Bank**<br>**15959 108th Avenue**<br>**Orland Park, IL 60467** | | | W | | Mortgage<br><br>**Residence Located at 1113 Windy Hill Court, Varna, IL** | | | | | |
| | | | | | Value $                  **170,000.00** | | | | **86,700.57** | **0.00** |

  _1_  continuation sheets attached

| | Subtotal<br>(Total of this page) | 450,218.88 | 59,018.31 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Peter M. Haljean,**                                    Case No. _____
       **Michelle M. Haljean**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **Suntander Consumer USA** **Post Office Box 47260** **Atlanta, GA 30362** | | H | **Installment Loan** **2005 Chevrolet Trail Blazer** Value $              **10,500.00** | | | | **10,560.00** | **60.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1**____ of **1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **10,560.00** | **60.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **460,778.88** | **59,078.31** |

B6E (Official Form 6E) (4/13)

.

In re    **Peter M. Haljean,**                                                   Case No. _____
         **Michelle M. Haljean**
_____ ,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

    **2**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Peter M. Haljean,**
     **Michelle M. Haljean,**
                                    Case No. _____

_____
                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Unpaid Taxes owed by T & K Nationwide Trucking, Inc. | | | | | |
| I.D.E.S. Bankruptcy Unity 401 S. State Street, 3rd Floor Chicago, IL 60605 | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Taxes owed by T & K Logistics of Illinois, Inc. | | | | | |
| I.D.E.S. Bankruptcy Unity 401 S. State Street, 3rd Floor Chicago, IL 60605 | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Unpaid Taxes Owed by T & K Nationwide Trucking, Inc. | | | | | |
| Illinois Department of Revenue Bankruptcy Section 100 W. Randolph, Level 7-425 Chicago, IL 60606 | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | Unpaid Taxes Owed by T & K Logistics of Illinois, Inc. | | | | | |
| Illinois Department of Revenue Bankruptcy Section 100 W. Randolph, Level 7-425 Chicago, IL 60606 | | | J | | | | | | | Unknown |
| | | | | | | | | | Unknown | 0.00 |
| Account No. **xxx-xx-2242** | | | | | **2011 Income Taxes** | | | | | |
| Internal Revenue Service ACS Support - Stop 8130 Post Office Box 145566 Cincinnati, OH 45250 | | | J | | | | | | | 0.00 |
| | | | | | | | | | 52,714.89 | 52,714.89 |

Sheet **1** of **2** continuation sheets attached to     Subtotal     | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     52,714.89 | 52,714.89 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Peter M. Haljean,**    Case No. _____
      **Michelle M. Haljean**
                                             ,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Internal Revenue Service <br> Mail Stop 5010 CHI <br> 230 S. Dearborn Street <br> Chicago, IL 60604** | | J | **Unpaid Taxes Owed by T & K Nationwide Trucking, Inc.** | | | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. <br><br> **Internal Revenue Service <br> Mail Stop 5010 CHI <br> 230 S. Dearborn Street <br> Chicago, IL 60604** | | J | **Unpaid Taxes Owed by T & K Logistics of Illinois, Inc.** | | | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. <br><br> **Kansas Department of Revenue <br> Division of Property Valuation <br> 915 S.W. Harrison Street <br> Topeka, KS 66612** | | J | **Unpaid Taxes Owed by T & K Nationwide Trucking, Inc.** | | | | 0.00 <br><br> **17.00** | **17.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 17.00 | 0.00 <br> 17.00 |
| Total (Report on Summary of Schedules) | 52,731.89 | 0.00 <br> 52,731.89 |

B6F (Official Form 6F) (12/07)

In re **Peter M. Haljean,**                               Case No. _____
        **Michelle M. Haljean**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A Plus Expediting & Logistics**<br>**Post Office Box 570**<br>**Dayton, OH 45404** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,493.00 |
| Account No.<br><br>**A&L Global Enterprises**<br>**Post Office Box 801**<br>**Round Lake, IL 60073** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 600.00 |
| Account No.<br><br>**A&N Transport, LLC**<br>**2846 Darlington Pointe**<br>**Duluth, GA 30097** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 599.40 |
| Account No.<br><br>**A-Pass**<br>**Post Office Box 1480, Station A**<br>**Windsor, Ontario N9A 6R6** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 4.75 |

|  | | Subtotal<br>(Total of this page) | 4,697.15 |
|---|---|---|---|

__61__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                                     Case No. _____

        **Michelle M. Haljean**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| A. Blair Enterprises, Inc. Post Office Box 598 Prospect, KY 40059 | | J | | | | | | 3,475.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| A7 Transport 4612 Castleford Lane Columbus, OH 43228 | | J | | | | | | 1,292.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| AAA Communications 19420 Hunter Trail Mokena, IL 60448 | | J | | | | | | 4,122.43 |
| Account No. | | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| AAA Express Post Office Box 692 West Springfield, MA 01090 | | J | | | | | | 2,148.25 |
| Account No. | | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| ACS Services 7932 W. 934d Street, #3F Hickory Hills, IL 60457 | | J | | | | | | 15,177.90 |

Sheet no. __1___ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal
                                  (Total of this page)        **26,215.58**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
         **Michelle M. Haljean**                                                    Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ADT Security Services**<br>**Post Office Box 650485**<br>**Dallas, TX 75265** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 42.00 |
| Account No.<br><br>**Advance Business Capital**<br>**Post Office Box 610028**<br>**Dallas, TX 75261** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 475.00 |
| Account No.<br><br>**Affiliated Computer Services**<br>**Post Office Box 201322**<br>**Dallas, TX 75320** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 152.86 |
| Account No.<br><br>**AG Expedition Corp.**<br>**8350 W. 85th Street**<br>**Hickory Hills, IL 60457** | | J | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 2,761.76 |
| Account No.<br><br>**AGK Express, Inc.**<br>**Post Office Box 662**<br>**Elk Grove Village, IL 60009** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,275.00 |

Sheet no. __2___ of __61___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,706.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                          Case No. _____
         **Michelle M. Haljean**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx6078** | | | | **Personal Utility Bill Debt** | | | | |
| **Alarm Detection** **1111 Church Road** **Aurora, IL 60505** | | | J | | | | | |
| | | | | | | | | **50.00** |
| Account No. | | | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | |
| **Aleksandr Kotok** **703 Hall Road** **Easley, SC 29642** | | | J | | | | | |
| | | | | | | | | **1,148.20** |
| Account No. | | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **Alex Trucking, LLC** **27168 Sinkhole Road** **Sedalia, MO 65301** | | | J | | | | | |
| | | | | | | | | **1,620.00** |
| Account No. | | | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | |
| **Alexander Coscius** **1057 Duval Street** **Lexington, KY 40515** | | | J | | | | | |
| | | | | | | | | **105.00** |
| Account No. | | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **ALK Technologies, Inc.** **1000 Herrontown Road** **Princeton, NJ 08540** | | | J | | | | | |
| | | | | | | | | **1,736.13** |

Sheet no. __3__ of __61__ sheets attached to Schedule of                       Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)         **4,659.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                            Case No. _____
         **Michelle M. Haljean**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alliance Express, LLC** <br> **11494 Nora Drive** <br> **Fenton, MI 48430** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 925.00 |
| Account No. <br><br> **ALLY** <br> **Post Office Box 9001951** <br> **Louisville, KY 40290** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,679.92 |
| Account No. <br><br> **Alphera Financial Services** <br> **Post Office Box 9001065** <br> **Louisville, KY 40290** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,383.15 |
| Account No. <br><br> **Amanda Salazar** <br> **2235 S. 58th Court** <br> **Cicero, IL 60804** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,381.00 |
| Account No. x-x1005 <br><br> **American Express** <br> **Post Office Box 981535** <br> **El Paso, TX 79998** | | J | **Personal Credit Card Debt** | | | | 13,984.18 |

Sheet no. __4__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,353.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**
       **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3245** <br><br> **American Express** <br> **C/O Nationwide Credit** <br> **2002 Summit Blvd., #600** <br> **Atlanta, GA 30319** | | J | **Personal Credit Card Debt** | | | | 3,258.77 |
| Account No. <br><br> **American Express** <br> **Post Office Box 0001** <br> **Los Angeles, CA 90096** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,258.77 |
| Account No. <br><br> **Anatonily Vecherkovych** <br> **42 Patrick Mill Road** <br> **Winder, GA 30680** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 150.00 |
| Account No. <br><br> **Andrei Ivanov** <br> **109 N. Yale Avenue** <br> **Villa Park, IL 60181** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,780.35 |
| Account No. <br><br> **Andrei Ivanov** <br> **109 N. Yale Avenue** <br> **Villa Park, IL 60181** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 3,780.35 |

Sheet no. __5__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,228.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
    **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andrew Bosworth** <br> **331 S. Lincoln Street** <br> **Portland, MI 48875** | | J | Business Debt of T & K Logistics of Illinois, Inc. | | | | 4,192.50 |
| Account No. <br><br> **Andrey Pidkalyuk** <br> **2083 Autumn Leaves Circle** <br> **Green Bay, WI 54313** | | J | Business Debt of T & K Logistics of Illinois, Inc. | | | | 2,016.95 |
| Account No. <br><br> **Andriy Pogorelov** <br> **407 S. Dexter Avenue** <br> **Springfield, MO 65802** | | J | Business Debt of T & K Logistics of Illinois, Inc. | | | | 4,601.13 |
| Account No. <br><br> **Apex Capital Corporation** <br> **Post Office Box 961029** <br> **Fort Worth, TX 76161** | | J | Business Debt of T & K Nationwide Trucking, Inc. | | | | 500.00 |
| Account No. <br><br> **Aron Filimon** <br> **50068 Basil Drive** <br> **Macomb, MI 48044** | | J | Business Debt of T & K Logistics of Illinois, Inc. | | | | 30.70 |

Sheet no. __6__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,341.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                                   Case No. _____
         **Michelle M. Haljean**

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Artistics Outdoor Lighting**<br>**24 W. Potomac Avenue**<br>**Lombard, IL 60148** | | J | **Personal Miscellaneous Debt** | | | | 195.00 |
| Account No. <br><br>**AT&T**<br>**Post Office Box 5093**<br>**Carol Stream, IL 60197** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,019.51 |
| Account No. <br><br>**AT&T**<br>**Post Office Box 8100**<br>**Aurora, IL 60507** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 903.14 |
| Account No. **xxxx-xxxx-xxxx-2468** <br><br>**AT&T Universal Card**<br>**Post Office Box 6500**<br>**Sioux Falls, SD 57117** | | J | **Personal Credit Card Debt** | | | | 4,896.09 |
| Account No. <br><br>**ATI Logistics**<br>**27490 Spring Valley Drive**<br>**Farmington, MI 48336** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 3,355.00 |

Sheet no. __7___ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal                  | 10,368.74 |
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**      Case No. _____
         **Michelle M. Haljean**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Atlantic Expedited, LLC** <br> **23 Clydes Way** <br> **Hoschton, GA 30548** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 700.00 |
| Account No. <br><br> **Averitt Express** <br> **C/O Bonded Collection Corporation** <br> **29 E. Madison Street, #1650** <br> **Chicago, IL 60602** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 75.00 |
| Account No. <br><br> **Barry Johnson** <br> **Post Office Box 3594** <br> **Evansville, IN 47734** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,577.80 |
| Account No. <br><br> **Barry L. Johnson** <br> **3302 N. Dixieland Road, Apt. L-1** <br> **Rogers, AR 72756** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,588.70 |
| Account No. <br><br> **Baxter Bailey & Associates** <br> **1630 Goodman Road East, #3** <br> **Southaven, MS 38671** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,300.00 |

Sheet no. __8__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,241.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                                    Case No. _____
      **Michelle M. Haljean**
_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Beary Landscape Management** **15001 W. 159th Street** **Homer Glen, IL 60491** | | J | **Personal Miscellaneous Debt** | | | | **2,250.00** |
| Account No. **xxxx-xxxx-xxxx-7452** **Best Buy Credit Services** Post Office Box 790441 **Saint Louis, MO 63179** | | J | **Personal Credit Card Debt** | | | | **726.46** |
| Account No. **4724** **BMO Harris Bank** **BLST - Post Office Box 2880** **Chicago, IL 60690** | | J | **All Business Assets of T & K Nationwide Trucking, Inc.** | | | | **495,943.79** |
| Account No. **BMO Harris Bank** **Commercial Card Department** **4726 East Towne Blvd., #260** **Madison, WI 53704** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **43,918.55** |
| Account No. **BMO Harris Bank** **C/O Attorney Bryan Jacobson** **111 W. Monroe Street** **Chicago, IL 60603** | | J | **Unpaid Judgment** | | | | **495,943.79** |

Sheet no. __9__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal               **1,038,782.59**
     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                                      Case No. _____
         **Michelle M. Haljean**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bolt Express, LLC**<br>**Post Office Box 759**<br>**Toledo, OH 43697** | J | | | | Business Debt of T & K Nationwhide Trucking, Inc. | | | | 2,027.50 |
| Account No. **xxxxx3504**<br><br>**Bridgestone Credit First**<br>**Post Office Box 81315**<br>**Cleveland, OH 44181** | J | | | | Personal Credit Card Debt | | | | 587.08 |
| Account No.<br><br>**Bull Dog Leasing**<br>**Post Office Box 361242**<br>**Strongsville, OH 44136** | J | | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | 1,859.67 |
| Account No.<br><br>**Canadian Transit Company**<br>**Post Office Box 1480**<br>**Station A**<br>**Windsor, Ontario N9A 6R6** | J | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 4.75 |
| Account No.<br><br>**Capital Credit, Inc.**<br>**Post Office Box 881774**<br>**San Francisco, CA 94188** | J | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 600.00 |

Sheet no. __10__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,079.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter M. Haljean,**
     **Michelle M. Haljean**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-8738** | | | | **Personal Credit Card Debt** | | | | |
| **Capital One** **C/O Blatt, Hasenmiller, Leibsker &** **125 S. Wacker Drive, #400** **Chicago, IL 60606** | | J | | | | | | 2,556.07 |
| Account No. **xxxx-xxxx-xxxx-7593** | | | | **Personal Credit Card Debt** | | | | |
| **Capital One** **Post Office Box 30285** **Salt Lake City, UT 84130** | | J | | | | | | 1,501.48 |
| Account No. | | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **Capital One** **Post Office Box 105474** **Atlanta, GA 30348** | | J | | | | | | 1,474.90 |
| Account No. | | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **Capital One Bank** **Post Office Box 6492** **Carol Stream, IL 60197** | | J | | | | | | 2,276.86 |
| Account No. | | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **Capital Partners Funding** **Post Office Box 2642** **Carlsbad, CA 92018** | | J | | | | | | 450.00 |

Sheet no. __11__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,259.31

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**                                          Case No. _____
       **Michelle M. Haljean**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Carriernet Group Financial, Inc.** **Post Office Box 1130** **Sioux Falls, SD 57101** | | J | | | | | 1,200.00 |
| Account No. | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **Carwin Enterprises** **27 Delatre Street** **Woodstock, Ontario N4S 6B6** | | J | | | | | 1,000.00 |
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Century Finance, LLC** **Post Office Box 16960** **Jonesboro, AR 72403** | | J | | | | | 1,330.00 |
| Account No. | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **Charles Casler** **11300 Wexford Drive** **Mokena, IL 60448** | | J | | | | | 59.10 |
| Account No. | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **Charles Jacobs** **2441 Harriet Avenue** **Baltimore, MD 21230** | | J | | | | | 2,431.51 |

Sheet no. __12__ of __61__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        6,020.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
     **Michelle M. Haljean**                                  Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Charles Spivey**<br>**1072 State Road, #67**<br>**Martinsville, IN 46151** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | **2,190.42** |
| Account No. **xxxx-xxxx-xxxx-9903**<br><br>**Chase Bank**<br>**Post Office Box 15298**<br>**Wilmington, DE 19850** | | J | **Personal Credit Card Debt** | | | | **2,037.26** |
| Account No.<br><br>**Cherry Creek Commons**<br>**11520 Francis Road**<br>**Mokena, IL 60448** | | J | **Business Debt of T & K Nationwide Trucking, Inc. and T & K Logistics of Illinois, Inc.** | | | | **Unknown** |
| Account No.<br><br>**City of Cedar Rapids, Iowa**<br>**Violation Processing Center**<br>**Post Office Box 2086**<br>**Cedar Rapids, IA 52401** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **75.00** |
| Account No.<br><br>**Clutch Cargo**<br>**5172 E. 128th Street**<br>**Garfield Heights, OH 44125** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **1,300.00** |

Sheet no. __13__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,602.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
    **Michelle M. Haljean**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comcast**<br>**Post Office Box 3001**<br>**Southeastern, PA 19398** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 4,731.95 |
| Account No. **xx-xxxx-x1436**<br><br>**Comcast Cable**<br>**C/O Credit Collection Services**<br>**2 Wells Avenue**<br>**Newton Center, MA 02459** | | J | **Personal Utility Bill Debt** | | | | 169.27 |
| Account No.<br><br>**Comcast Cable**<br>**Post Office Box 3002**<br>**Southeastern, PA 19398** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 227.20 |
| Account No.<br><br>**Comdata Network, Inc.**<br>**C/O Law Offices of Brian J. Ferber**<br>**5611 Fallbrook Avenue**<br>**Woodland Hills, CA 91367** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 74,731.00 |
| Account No.<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**New Lenox, IL 60451** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 5,304.70 |

Sheet no. __14__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)     85,164.12

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**
**Michelle M. Haljean**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Constantie Fatu**<br>**22964 S. Lake Drive**<br>**Foley, AL 36535** | | J | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 412.65 |
| Account No.<br><br>**Constantin Ninov**<br>**390 Woodside Court, #3**<br>**Rochester, MI 48307** | | J | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 702.00 |
| Account No.<br><br>**Corporate Billing, LLC**<br>**Post Office Box 1000**<br>**Department 959**<br>**Memphis, TN 38148** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,625.00 |
| Account No.<br><br>**Credit First**<br>**Post Office Box 81344**<br>**Cleveland, OH 44188** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 414.75 |
| Account No.<br><br>**Creekside Cargo, Inc.**<br>**15416 Industrial Parkway**<br>**Cleveland, OH 44135** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 735.00 |

Sheet no. **_15_** of **_61_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,889.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
    **Michelle M. Haljean**
                                                     ,

Case No. _____

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Danuta Barej**<br>**7420 Maple Drive**<br>**Justice, IL 60458** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 2,071.30 |
| Account No.<br><br>**Dariusz Bosek**<br>**1811 Marigold Lane**<br>**Hanover Park, IL 60133** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,450.00 |
| Account No.<br><br>**Dariusz Bosek**<br>**1811 Marigold Lane**<br>**Hanover Park, IL 60133** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,216.20 |
| Account No.<br><br>**David Boehm**<br>**Post Office Box 101**<br>**Bluffton, OH 45817** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 22,229.38 |
| Account No.<br><br>**David Lindsay**<br>**4813 Ridge Road 33-111**<br>**Douglasville, GA 30134** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 119.00 |

Sheet no. __16__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
           (Total of this page)      27,085.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                                      Case No. _____
         **Michelle M. Haljean**
         _____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **David Sabadash 1059 Duval Street Lexington, KY 40515** | | J | | Business Debt of T & K Logistics of Illinois, Inc. | | | | 1,231.20 |
| Account No. **Dawson Expediting 114 W. PR 1275 N. Brazil, IN 47834** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 475.00 |
| Account No. **DB Squared, Inc. Post Office Box 3679 Federal Way, WA 98063** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 2,738.50 |
| Account No. **Destination Express, LLC 637 Neave Street Cincinnati, OH 45204** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 275.00 |
| Account No. **Diamond Delivery Service, LLC 2312 Northyard Court Fort Wayne, IN 46818** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 3,328.00 |

Sheet no. __17__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,047.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
         **Michelle M. Haljean**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6243** | | | **Personal Utility Bill Debt** | | | | |
| **Direct TV** **Post Office Box 78626** **Phoenix, AZ 85062** | | J | | | | | 332.06 |
| Account No. **xxxx-xxxx-xxxx-5518** | | | **Personal Credit Card Debt** | | | | |
| **Discover Card** **Post Office Box 30943** **Salt Lake City, UT 84130** | | J | | | | | 916.68 |
| Account No. | | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | |
| **Douglas Vaughn** **199 Greenfield Road** **Hiram, GA 30141** | | J | | | | | 4,624.09 |
| Account No. | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **E.L. Hollingsworth Co., Inc.** **Post Office Box 7762** **Flint, MI 48507** | | J | | | | | 325.00 |
| Account No. | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | |
| **Eclipse Expediting, LLC** **2629 Remico St., SW, #C** **Wyoming, MI 49519** | | J | | | | | 3,243.00 |

Sheet no. __**18**__ of __**61**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,440.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
    **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**England Carrier Services**<br>**Post Office Box 953086**<br>**Saint Louis, MO 63195** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,200.00 |
| Account No.<br><br>**Errands 1st LLC**<br>**1298 Conant Street**<br>**Maumee, OH 43537** | | J | | **Business debt of T & K Nationwide Trucking, Inc.** | | | | 2,188.00 |
| Account No.<br><br>**EX-RAY Expedite Inc.**<br>**193 Volt Circle**<br>**Statesville, NC 28677** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 388.00 |
| Account No.<br><br>**Express Expedited Services LLC**<br>**1523 Mack Smith Road, #40**<br>**Rossville, GA 30741** | | J | | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 862.75 |
| Account No.<br><br>**Fast Exact**<br>**31 D Airport Blvd.**<br>**South San Francisco, CA 94080** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,350.00 |

Sheet no. __19__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,988.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
          **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Federal Express** **Post Office Box 94515** **Palatine, IL 60094** | | J | | | | | | 24.20 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Financial Carrier Services** **Post Office Box 151052** **Ogden, UT 84415** | | J | | | | | | 6,070.00 |
| Account No. | | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **First Chicago Fast Line** **8626 W. Berwyn Avenue, #3S** **Chicago, IL 60656** | | J | | | | | | 26,713.50 |
| Account No. | | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **First Insurance Funding Corp.** **450 Skokie Blvd., #1000** **Northbrook, IL 60062** | | J | | | | | | 9,563.38 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Firstline Funding Group** **Metro Cartage LLC** **Post Office Box 328** **Madison, SD 57042** | | J | | | | | | 6,595.00 |

Sheet no. __20__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,966.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                           Case No. _____
        **Michelle M. Haljean**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Fleet One Factoring** **Post Office Box 102970** **Atlanta, GA 30368** | | J | | | | | 1,510.00 |
| Account No. | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| **Frank DeRango** **27445 Longtree Court** **Channahon, IL 60410** | | J | | | | | 3,048.78 |
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Freightquote.com** **C/O Receivable Management Services** **Post Office Box 523** **Richfield, OH 44286** | | J | | | | | 1,000.00 |
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **G&K Services** **8201 S. Cork Avenue** **Justice, IL 60458** | | J | | | | | 713.72 |
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **GE Capital** **Post Office Box 740423** **Atlanta, GA 30374** | | J | | | | | 32,949.13 |

| | | |
|---|---|---|
| Sheet no. __21__ of __61__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 39,221.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
    **Michelle M. Haljean**

                                 ,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-3131**<br><br>**GE Capital Bank - Wal-Mart Bankruptcy Department Post Office Box 103104 Roswell, GA 30076** | | | J | **Personal Credit Card Debt** | | | | 3,395.54 |
| Account No. **xxxx-xxxx-xxxx-2957**<br><br>**GE Capital Bank - Wal-Mart Bankruptcy Department Post Office Box 103104 Roswell, GA 30076** | | | J | **Personal Credit Card Debt** | | | | 587.01 |
| Account No. **xxxx-xxxx-xxxx-3909**<br><br>**GE Capital Bank - Wal-Mart Bankruptcy Department Post Office Box 103104 Roswell, GA 30076** | | | J | **Personal Credit Card Debt** | | | | 640.53 |
| Account No.<br><br>**Gelu Belea 8114 S. Keating Avenue Chicago, IL 60652** | | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 100.00 |
| Account No.<br><br>**Gheorghe Lazarian 3504 Ivy Crest Qay Buford, GA 30519** | | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 550.00 |

Sheet no. __22__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page)

**5,273.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**

Case No. _____

,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gojko Vidovic**<br>**6958 W. Higgins Avenue, #1**<br>**Chicago, IL 60656** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,791.30 |
| Account No.<br><br>**Gold Coast Logistics Group**<br>**341 Dartmoor Avenue**<br>**Romeoville, IL 60446** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,954.00 |
| Account No. **xx6507**<br><br>**Grassers Plumbing & Heating**<br>**Post Office Box 8**<br>**Mc Nabb, IL 61335** | | J | **Personal Miscellaneous Debt** | | | | 521.00 |
| Account No.<br><br>**Gregory Duck**<br>**6009 E. Lancaster, #120**<br>**Fort Worth, TX 76112** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 4,359.38 |
| Account No.<br><br>**Grzegorz Bak**<br>**7700 W. 91st Street**<br>**Hickory Hills, IL 60457** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 2,005.55 |

Sheet no. __23__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,631.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**                                           Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Hallberg Commercial Insurors, Inc.** <br> **120 W. 22nd Street, #200** <br> **Oak Brook, IL 60523** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 2,756.00 |
| Account No. <br><br> **Harry Byers** <br> **1608 Mason King** <br> **San Antonio, TX 78260** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 683.30 |
| Account No. <br><br> **Hi Tech Express, Inc.** <br> **Post Office Box 56230** <br> **Chicago, IL 60656** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,000.00 |
| Account No. <br><br> **Hire Right Solutions, Inc.** <br> **23883 Network Place** <br> **Chicago, IL 60673** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 361.50 |
| Account No. <br><br> **Hogue Trucking** <br> **14 Melton Avenue** <br> **Rome, GA 30165** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 4,544.25 |

Sheet no. __24__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,345.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
    **Michelle M. Haljean**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hollingworth Group**<br>**Post Office Box 7762**<br>**Flint, MI 48507** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 325.00 |
| Account No. <br><br>**Ice Mountain Direct**<br>**Post Office Box 856680**<br>**Louisville, KY 40285** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **Unknown** |
| Account No. <br><br>**Igor Utkin**<br>**1314 Gran Court, #D**<br>**Roswell, GA 30076** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 979.85 |
| Account No. <br><br>**Ilia Tchoudin**<br>**427 Aristocrat Drive**<br>**Bolingbrook, IL 60440** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 251.10 |
| Account No. <br><br>**Ilie Ciochia**<br>**4645 Bullock Bridge Drive**<br>**Loganville, GA 30052** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 6,054.48 |

Sheet no. __25__ of __61__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,610.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                          Case No. _____
      **Michelle M. Haljean**
_____,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Illia Herman**<br>**1087 Yellow River Drive**<br>**Lawrenceville, GA 30043** | | J | | Business Debt of T & K Logistics of Illinois, Inc. | | | | 589.27 |
| Account No. **xxxx-xxxxxxxx0621**<br><br>**Illinois American Water**<br>**Post Office Box 94551**<br>**Palatine, IL 60094** | | J | | Personal Utility Bill Debt | | | | 873.70 |
| Account No.<br><br>**Impact Leasing, LLC**<br>**Post Office Box 3090**<br>**Milwaukee, WI 53201** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 1,645.10 |
| Account No.<br><br>**Impact Networking, LLC**<br>**75 Remittance Drive, #1076**<br>**Chicago, IL 60675** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 1,879.34 |
| Account No.<br><br>**Indy Expediting Nationwide, Inc.**<br>**575 Kopetsky drive**<br>**Indianapolis, IN 46217** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 1,225.00 |

Sheet no. __26__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,212.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**                                                                  Case No. _____
       **Michelle M. Haljean**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Interstate Contract Services**<br>**625 Sheridan Street**<br>**Albert Lea, MN 56007** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,644.28 |
| Account No.<br><br>**Interstate Express, LLC**<br>**4731 Beach 47th Street**<br>**Brooklyn, NY 11224** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,575.00 |
| Account No.<br><br>**Interstate Express, LLC**<br>**7851 Old Morrow Road**<br>**Jonesboro, GA 30236** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 6,397.88 |
| Account No.<br><br>**Investment Options LLC**<br>**N56 W19289 Spencer Court**<br>**Menomonee Falls, WI 53051** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,200.00 |
| Account No.<br><br>**Ivan Fratea**<br>**3715 Mermaid Avenue, #1B**<br>**Brooklyn, NY 11224** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 1,101.91 |

Sheet no. __27__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,919.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
         **Michelle M. Haljean**                                                      Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ivan German** <br> **2214 Shoal Creek Road** <br> **Buford, GA 30518** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 519.09 |
| Account No. <br><br> **Ivan Havrylovych** <br> **3709 Buffat Mill Road** <br> **Knoxville, TN 37914** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 2,424.91 |
| Account No. <br><br> **J Express, LLC** <br> **2153 Splitrail Trail** <br> **Buford, GA 30519** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,625.00 |
| Account No. <br><br> **J&J Antique Sales** <br> **13423 County Road 27** <br> **Fayette, OH 43521** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 291.00 |
| Account No. <br><br> **Janis Hicks** <br> **1016 Warrington Avenue** <br> **Danville, IL 61832** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 969.60 |

Sheet no. __28__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,829.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**
       **Michelle M. Haljean**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jarrell's Moving and Transport Co.**<br>**5076 Park Avenue West**<br>**Seville, OH 44273** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 375.00 |
| Account No. **xxx-xxx-xxx-41**<br><br>**JC Penny**<br>**Post Office Box 965009**<br>**Orlando, FL 32896** | | J | **Personal Credit Card Debt** | | | | 427.07 |
| Account No. **xxx-xxx-x57-11**<br><br>**JC Penny**<br>**Post Office Box 965008**<br>**Orlando, FL 32896** | | J | **Personal Credit Card Debt** | | | | 477.00 |
| Account No.<br><br>**JD Factors**<br>**Post Office Box 687**<br>**Wheaton, IL 60187** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 8,025.00 |
| Account No.<br><br>**Jerry Baker**<br>**38 Baker Lane**<br>**Camden, TN 38320** | | J | **Business Debt of T & K Logistics of Illinois, Inc.** | | | | 482.40 |

Sheet no. __29__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     9,786.47

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
     **Michelle M. Haljean**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt of T & K Logistics of Illinois, Inc. | | | | |
| Jhon Hidalgo 2211 Hudson Road, #416 Greer, SC 29650 | | J | | | | | 3,240.52 |
| Account No. | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| John Greene Post Office Box 95 Madison, OH 44057 | | J | | | | | 3,622.89 |
| Account No. | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| Julian Georgiev 4814 Image Way Sacramento, CA 95842 | | J | | | | | 1,314.39 |
| Account No. | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| Jung Express 201 W. Air Cargo Way Milwaukee, WI 53207 | | J | | | | | 855.31 |
| Account No. | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| JVDOGG Trucking, LLC Post Office Box 1402 Ridgeland, SC 29936 | | J | | | | | 569.05 |

Sheet no. __30__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,602.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
        **Michelle M. Haljean**
_____,    Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **K&M Expediting II LLC** **7064 Desmond Road** **Waterford, MI 48329** | | J | | | | | | 125.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Kadinger Transport LLC** **410 Sheridan Road** **Racine, WI 53403** | | J | | | | | | 6,642.00 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| **Kaleb Teferi** **3100 Sweetwater Road, #2307** **Lawrenceville, GA 30044** | | J | | | | | | 2,239.60 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| **Karoly Dudas** **4148 Main Street** **Skokie, IL 60076** | | J | | | | | | 2,000.00 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| **Keith Mahlum** **256 S. Harrison Street** **Mondovi, WI 54755** | | J | | | | | | 1,727.78 |

Sheet no. __31__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,734.38**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
       **Michelle M. Haljean**                                                     Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Keith Shpakoff 173 A.C.T. New Kensington, PA 15068** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 243.40 |
| Account No. **Kelan Rozanski 36723 Audrey Road New Baltimore, MI 48047** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 8,197.06 |
| Account No. **Kenneth Horvath 100-18 Brittini Lane Lenoir City, TN 37771** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 4,018.04 |
| Account No. **Kenson Ilderice 5537 Mansfield Place Jacksonville, FL 32207** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 3,596.00 |
| Account No. **Kevin Alton 7551 Senator Road Sheridan, MI 48884** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 637.40 |

Sheet no. __32__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,691.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
        **Michelle M. Haljean**                     Case No. _____

                                         ,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KM Logistics**<br>**6221 S. Ace Industrial Drive**<br>**Cudahy, WI 53110** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 640.00 |
| Account No. **xxx-xxxx-426**<br><br>**Kohl's**<br>**Post Offie Box 3043**<br>**Milwaukee, WI 53201** | | J | **Personal Credit Card Debt** | | | | 1,554.98 |
| Account No.<br><br>**Kozko Enterprises, LLC**<br>**17492 Fristoe Road**<br>**Sedalia, MO 65301** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,325.00 |
| Account No.<br><br>**Kurt Spinner**<br>**9460 Valley Road NW**<br>**Rapid City, MI 49676** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 10,454.70 |
| Account No.<br><br>**Lake Wildwood Association**<br>**1000 Lake Wildwood Drive**<br>**Varna, IL 61375** | | J | **Personal Debt for Unpaid Association Assessments** | | | | 622.18 |

Sheet no. __33__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal | 15,596.86
                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                            Case No. _____
      **Michelle M. Haljean**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Landstar Carrier Group**<br>**C/O Cross Country Collections, Inc.**<br>**Post Office Box 3487**<br>**Kingsport, TN 37664** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 54.00 |
| Account No.<br><br>**Liberty National Financial Corp.**<br>**Post Office Box 6089**<br>**Norman, OK 73070** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,200.00 |
| Account No.<br><br>**Liquid Capital Exchange**<br>**19 16th Avenue N**<br>**Hopkins, MN 55343** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,166.11 |
| Account No.<br><br>**Liquid Capital Exchange**<br>**19 16th Avenue N**<br>**Hopkins, MN 55343** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 767.50 |
| Account No.<br><br>**Lucian Pricop**<br>**2389 White Alder Drive**<br>**Buford, GA 30519** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 1,606.80 |

Sheet no. __34__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,794.41

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**
     **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Marcos Padillia<br>7516 Boxwood Lane<br>Plainfield, IL 60586 | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 70.00 |
| Account No.<br><br>Mareewan Badraddin<br>4546 S. 23rd Streeet, #5<br>Milwaukee, WI 53221 | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 3,849.98 |
| Account No.<br><br>Marius Bihorean<br>1430 Ridge Road<br>Lawrenceville, GA 30043 | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 2,472.45 |
| Account No.<br><br>Mark Yates<br>417 Homeplace Drive<br>Stockbridge, GA 30281 | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 20.00 |
| Account No.<br><br>Martha Stanelle<br>242 Stanelle Road<br>Russell Springs, KY 42642 | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 1,752.08 |

Sheet no. __35__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,164.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                  Case No. _____
       **Michelle M. Haljean**

_____ ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MEADtrans, LLC**<br>**5916 E. Lake Parkway, #311**<br>**McDonough, GA 30253** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 3,250.20 |
| Account No.<br><br>**Melvin Dellinger**<br>**Post Office Box 6354**<br>**Clinton, IL 61727** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,522.59 |
| Account No.<br><br>**Mercedes Benz Financial Services**<br>**Post Office Box 5260**<br>**Carol Stream, IL 60197** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 9,518.29 |
| Account No.<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 71,422.16 |
| Account No. xxx-xxxxx14-000<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | J | **Personal Debt Due for Deficiency Balance Owed by T & K Nationwide Trucking, Inc.** | | | | 12,969.79 |

Sheet no. \_**36**\_ of \_**61**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                 (Total of this page)      **99,683.03**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Peter M. Haljean,**                                              Case No. _____
           **Michelle M. Haljean**
           _____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxx13-0000**<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | J | **Personal Debt Due for Deficiency Balance Owed by T & K Nationwide Trucking, Inc.** | | | | 1,005.85 |
| Account No. **xxx-xxxxx14-00**<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | J | **Personal Debt Due for Deficiency Balance Owed by T & K Nationwide Trucking, Inc.** | | | | 12,969.70 |
| Account No. **xxx-xxxxx90-000**<br><br>**Mercedes-Benz Financial Services**<br>**13650 Heritage Parkway**<br>**Fort Worth, TX 76177** | | J | **Personal Debt Due for Deficiency Balance Owed by T & K Nationwide Trucking, Inc.** | | | | 20,601.01 |
| Account No.<br><br>**Metro Express Transportation**<br>**875 Fee Fee Road**<br>**Maryland Heights, MO 63043** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,285.00 |
| Account No.<br><br>**Metro Freight Brokers, LLC**<br>**5965 Wall Street**<br>**Sterling Heights, MI 48312** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 8,350.00 |

Sheet no. __37__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,211.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**  Case No. _____
       **Michelle M. Haljean**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mid State Express Inc.** <br> **2305 S. State Highway 121, #135** <br> **Lewisville, TX 75067** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 225.00 |
| Account No. <br><br> **Midwest Transportation Services** <br> **8728 N. Briarwood Lake W. Drive** <br> **New Richmond, OH 45157** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,600.00 |
| Account No. <br><br> **National Bankers Trust** <br> **Post Office Box 1752** <br> **Memphis, TN 38101** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 700.00 |
| Account No. <br><br> **New Lenox Industrial Park** <br> **538 E. Illinois Highway** <br> **New Lenox, IL 60451** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 6,062.09 |
| Account No. **xx-xx-xx-8830** <br><br> **Nicor Gas** <br> **Post Office Box 5407** <br> **Carol Stream, IL 60197** | | J | **Personal Utility Bill Debt** | | | | 136.51 |

Sheet no. __38__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **8,723.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                                    Case No. _____
        **Michelle M. Haljean**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nicor Gas<br>Post Office Box 5407<br>Carol Stream, IL 60197** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 649.68 |
| Account No. <br><br>**Nikolay Billiychuk<br>6456 S. Meadowview Avenue<br>Ozark, MO 65721** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 901.50 |
| Account No. <br><br>**Nikolay Kondor<br>3894 Blue Springs Road<br>Cleveland, TN 37311** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,971.72 |
| Account No. xxxx6655 <br><br>**Nissan Motor Acceptance Corporation<br>C/O AMO Recoveries<br>5655 Peachtree Parkway, #213<br>Norcross, GA 30092** | | J | **Personal Debt for Deficiency Balance Due on Debt Owed by T & K Nationwide Trucking, Inc.** | | | | 17,540.52 |
| Account No. xxxx-xxxx-xxxx-6000-1 <br><br>**Nissan Motor Acceptance Corporation<br>Post Office Box 660366<br>Dallas, TX 75266** | | J | **Personal Debt for Deficiency Balanced on Debt Owed by T & K Nationwide Trucking, Inc.** | | | | 17,697.97 |

Sheet no. __**39**__ of __**61**__ sheets attached to Schedule of                          Subtotal                    39,761.39
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
     **Michelle M. Haljean**                                Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3000-1**<br><br>**Nissan Motor Acceptance Corporation**<br>**Post Office Box 660366**<br>**Dallas, TX 75266** | | J | | | **Personal Debt for Deficiency Balance Owed by T & K Nationwide Trucking, Inc.** | | | | 18,851.31 |
| Account No.<br><br>**Non Stop Service**<br>**Post Office Box 133**<br>**Morrisville, NC 27560** | | J | | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 100.00 |
| Account No. **xxxx-x9077**<br><br>**Nordstrom**<br>**Post Office Box 6555**<br>**Englewood, CO 80155** | | J | | | **Personal Credit Card Debt** | | | | 1,418.85 |
| Account No. **xxxx-xx-326**<br><br>**Nordstrom**<br>**Post Office Box 6555**<br>**Englewood, CO 80155** | | J | | | **Personal Credit Card Debt** | | | | 2,085.04 |
| Account No. **xx-xxx221-8**<br><br>**NuWay**<br>**Tinley Park Disposal Service**<br>**Post Office Box 9**<br>**Mokena, IL 60448** | | J | | | **Personal Utility Bill Debt** | | | | 75.58 |

Sheet no. __40__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
              (Total of this page)             22,530.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
    **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **NuWay Disposal Service** **Post Office Box 9** **Mokena, IL 60448** | | J | | | | | | |
| | | | | | | | | 118.78 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| **Octavian Bors** **900 E. Piney Branch Drive** **Virginia Beach, VA 23451** | | J | | | | | | |
| | | | | | | | | 2,076.20 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **One Time Media** **Post Office Box 782** **Florence, KY 41022** | | J | | | | | | |
| | | | | | | | | 9,150.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Orange Commercial Credit** **Post Office Box 11099** **Olympia, WA 98508** | | J | | | | | | |
| | | | | | | | | 845.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Par Logistics, Inc.** **1251 N. Plum Grove Road, #120** **Schaumburg, IL 60173** | | J | | | | | | |
| | | | | | | | | 325.00 |

Sheet no. __41__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,514.98

B6F (Official Form 6F) (12/07) - Cont.

In re     **Peter M. Haljean,**                                                      Case No. _____
          **Michelle M. Haljean**
_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul Hanson** <br> **Post Office Box 92** <br> **Haviland, OH 45851** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 100.00 |
| Account No. <br><br> **Paul Newell Seaman, LCSW** <br> **9601 W. 165th Street, #6** <br> **Orland Park, IL 60467** | | J | **Personal Medical Bill Debt** | | | | 900.00 |
| Account No. <br><br> **Pavestone Capital LLC** <br> **Post Office Box 1110** <br> **Fruitland, ID 83619** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 760.00 |
| Account No. <br><br> **Pavlo Sobchenko** <br> **2101 S. Oak Park Avenue, #2W** <br> **Berwyn, IL 60402** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 3,162.09 |
| Account No. <br><br> **Paychex, Inc.** <br> **1000 E. Warrenville Road, #200** <br> **Naperville, IL 60563** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 331.99 |

Sheet no. __42__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,254.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
**Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Pecas Services, Inc.**<br>**10915 35th Place North**<br>**Plymouth, MN 55441** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 3,935.30 |
| Account No.<br><br>**Peter Stoica**<br>**440 Hunter Crest Drive**<br>**Saline, MI 48176** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,170.81 |
| Account No.<br><br>**Petr Todirash Jr.**<br>**1557 E. 490th Road**<br>**Bolivar, MO 65613** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 35.00 |
| Account No.<br><br>**Polly Express**<br>**565 Dave Smith Road**<br>**Prospect Hill, NC 27314** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,450.00 |
| Account No. **xxxx-xxxx-xxxx-1571**<br><br>**Portfolio Recovery Associates**<br>**Bankruptcy Department**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | J | | **Personal Credit Card Debt** | | | | 547.80 |

Sheet no. __43__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,138.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**                                                                Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pre Pass**<br>**23566 Network Place**<br>**Chicago, IL 60673** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 30.51 |
| Account No.<br><br>**Premium Transportation Log LLC**<br>**Dept. 9226-001**<br>**Post Office Box 30516**<br>**Lansing, MI 48909** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,341.00 |
| Account No.<br><br>**Prestige Expedite**<br>**Post Office Box 901700**<br>**Cleveland, OH 44190** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 327.80 |
| Account No.<br><br>**Pro Express LLC**<br>**926-1/2 Milwaukee Avenue**<br>**South Milwaukee, WI 53172** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 4,321.00 |
| Account No.<br><br>**Pro Express LLC**<br>**729 Hawthorne Avenue, #1**<br>**South Milwaukee, WI 53172** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 6,208.28 |

Sheet no. __44__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                         (Total of this page)      **12,228.59**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                                      Case No. _____
      **Michelle M. Haljean**
_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx-xxxxx2464**<br><br>**ProActive**<br>**Post Office Box 361448**<br>**Des Moines, IA 50336** | | J | **Personal Miscellaneous Debt** | | | | **33.94** |
| Account No.<br><br>**Pronto Freight Ways Inc.**<br>**28666 Hildebrandt Street**<br>**Romulus, MI 48174** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **400.00** |
| Account No.<br><br>**R&J Transport Division**<br>**209 W. 2nd Street, #160**<br>**Fort Worth, TX 76102** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **1,064.00** |
| Account No.<br><br>**Rapid Advance**<br>**7316 Wisconsin Avenue, #350**<br>**Bethesda, MD 20814** | | J | **All Business Assets of T & K Nationwide Trucking, Inc.** | | | | **118,025.00** |
| Account No.<br><br>**Red Ball Express LLC**<br>**13880 Newton Road**<br>**Middleburg Heights, OH 44130** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | **4,750.00** |

Sheet no. __45__ of __61__ sheets attached to Schedule of<br>Creditors Holding Unsecured Nonpriority Claims

                               Subtotal<br>                  (Total of this page)     **124,272.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                      Case No. _____
          **Michelle M. Haljean**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**River Side Logistics LLC**<br>**Post Office Box 644**<br>**Monticello, MN 55362** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 700.00 |
| Account No.<br><br>**Riviera Finance**<br>**Post Office Box 535213**<br>**Atlanta, GA 30353** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 1,950.00 |
| Account No.<br><br>**RJ's Expediting, LLC**<br>**1328 Alivia Drive**<br>**Plainwell, MI 49080** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 250.00 |
| Account No.<br><br>**RLT Enterprise, LLC**<br>**9729 SW 18th Street**<br>**Oklahoma City, OK 73128** | | J | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 1,238.25 |
| Account No.<br><br>**Road King Tire & Service**<br>**1200 S. Cedar Road**<br>**New Lenox, IL 60451** | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | 701.00 |

Sheet no. __46__ of __61__ sheets attached to Schedule of                Subtotal                | 4,839.25
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**                                                    Case No. _____
      **Michelle M. Haljean**
_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Buckley**<br>**1961 Winchelsea Court West**<br>**Atlanta, GA 30338** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 7,334.08 |
| Account No.<br><br>**Robert Deak**<br>**147 W. 230th Street, #4F**<br>**Bronx, NY 10463** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 1,161.00 |
| Account No.<br><br>**Robert Smith**<br>**1315 Byington Court**<br>**Crown Point, IN 46307** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,309.70 |
| Account No.<br><br>**Roberts Tire - Homer Glen**<br>**15741 S. Bell Road**<br>**Homer Glen, IL 60491** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 141.60 |
| Account No.<br><br>**Rodrigo Bonilla**<br>**401 Milford Church Road**<br>**Taylors, SC 29687** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 1,626.03 |

Sheet no. __47__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
              (Total of this page)        **12,572.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
             **Michelle M. Haljean**                                                    Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ronald Ross, Jr.**<br>**7770 Woodward Avenue**<br>**Woodridge, IL 60517** | | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 1,756.88 |
| Account No.<br><br>**Royal Express & Trucking Inc.**<br>**242 W. Devon Avenue**<br>**Bensenville, IL 60106** | | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 22,300.00 |
| Account No.<br><br>**Royalty Gate**<br>**521 Woodland Drive**<br>**Largo, FL 33771** | | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 950.00 |
| Account No.<br><br>**RP Expediting LLC**<br>**448 Abberly Lane**<br>**Boiling Springs, SC 29316** | | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 567.00 |
| Account No.<br><br>**Rudolph Patkolo**<br>**46654 Jonathan Circle, #654**<br>**Shelby Township, MI 48317** | | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 150.00 |

Sheet no. __48__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                25,723.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
     **Michelle M. Haljean**                                                Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Runa Link Corp.**<br>**Post Office Box 207**<br>**Westmoreland, NY 13490** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,045.00 |
| Account No.<br><br>**Rush Trucking**<br>**Post Office Box 1011**<br>**Wayne, MI 48184** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 795.00 |
| Account No.<br><br>**Rushing Transport LLC**<br>**216 Delano Avenue**<br>**Greer, SC 29650** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,450.00 |
| Account No.<br><br>**Salar Zangana**<br>**6263 S. 26th Street**<br>**Milwaukee, WI 53221** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,991.45 |
| Account No.<br><br>**Serhiy Tkachenko**<br>**7023 Woodland Drive, #107**<br>**Eden Prairie, MN 55346** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,362.75 |

Sheet no. __49__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal
(Total of this page)       **9,644.20**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Peter M. Haljean,**
         **Michelle M. Haljean**                             Case No. _____

                                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Snap Transportation, LLC** <br> **250 N. Orange Avenue, #1200** <br> **Orlando, FL 32801** | | J | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | 5,195.16 |
| Account No. <br><br> **Southwest Dermatology** <br> **15300 West Avenue** <br> **Orland Park, IL 60462** | | J | Personal Medical Bill | | | | 75.00 |
| Account No. <br><br> **Speciality Delivery  Logistics** <br> **13000-F S. Tryon** <br> **PMB 261** <br> **Charlotte, NC 28278** | | J | Business Debt of T & K Nationwide Trucking, Inc. | | | | 2,020.00 |
| Account No. <br><br> **Speedway, LLC** <br> **Post Office Box 740587** <br> **Cincinnati, OH 45274** | | J | Business Debt of T & K Nationwide Trucking, Inc. | | | | 362.95 |
| Account No. <br><br> **SpeedyC, LLC** <br> **244 McKees Rock Lane** <br> **Lawrenceville, GA 30044** | | J | Business Debt of T & K Nationwide Trucking, Inc. | | | | 680.00 |

Sheet no. __50__ of __61__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                      Subtotal (Total of this page)      **8,333.11**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
    **Michelle M. Haljean**                                       Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Spin Transit, Inc.**<br>**1105 S. Robert Drive**<br>**Mount Prospect, IL 60056** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 314.00 |
| Account No. **xxxx-xxx-2674**<br><br>**Sports Authority**<br>**Post Office Box 659704**<br>**San Antonio, TX 78265** | | J | **Personal Miscellaneous Debt** | | | | 356.94 |
| Account No.<br><br>**Sprint**<br>**Post Office Box 2077**<br>**London, KY 40742** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 1,546.91 |
| Account No.<br><br>**Sprint**<br>**Post Office Box 4181**<br>**Carol Stream, IL 60197** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 907.09 |
| Account No.<br><br>**SR Freight**<br>**707 Golden Prairie Drive**<br>**Davis Junction, IL 61020** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 900.00 |

Sheet no. \_\_**51**\_\_ of \_\_**61**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
           (Total of this page)          **4,024.94**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                                     Case No. _____
    **Michelle M. Haljean**
_____,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STAT Delivery Service**<br>**Post Office Box 582**<br>**Elk Grove Village, IL 60009** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 362.00 |
| Account No.<br><br>**Stephen Wohl**<br>**646 N. Paseo Rico**<br>**Green Valley, AZ 85614** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 5,618.00 |
| Account No.<br><br>**Sterling Commercial Credit**<br>**10559 Citation Drive, #204**<br>**Brighton, MI 48116** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 890.00 |
| Account No.<br><br>**Sunbelt Finance, LLC**<br>**Post Office Box 1000**<br>**Dept. 144**<br>**Memphis, TN 38148** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,200.00 |
| Account No.<br><br>**Super Fleet**<br>**Credit Customer Service**<br>**Post Office Box 1590**<br>**Springfield, OH 45501** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 337.95 |

Sheet no. __52__ of __61__ sheets attached to Schedule of                    Subtotal         9,407.95
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
      **Michelle M. Haljean**
                                                           ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Superior Global Logistics** <br> **19661 Brownstown Center Drive, #600** <br> **Brownstown, MI 48183** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 475.00 |
| Account No. <br><br> **Sylectus** <br> **3290 Jefferson Blvd., #202** <br> **Windsor, Ontario N8T 2W8** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 9,478.00 |
| Account No. <br><br> **Tadeusz Sowizrat** <br> **17528 Larkspur Court** <br> **Homer Glen, IL 60491** | | J | | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 434.85 |
| Account No. <br><br> **TCI Business Capital Inc.** <br> **9815 Paysphere Circle** <br> **Chicago, IL 60674** | | J | | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,050.00 |
| Account No. **xxxxxx6666** <br><br> **Terminix International** <br> **C/O Nationwide Credit** <br> **2002 Summit Blvd., #600** <br> **Atlanta, GA 30319** | | J | | **Personal Miscellaneous Debt** | | | | 97.00 |

Sheet no. __53__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,534.85

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**                                    Case No. _____
     **Michelle M. Haljean**
_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Expediting Co., Inc.**<br>**1295 S. Brown School Road**<br>**Vandalia, OH 45377** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 875.00 |
| Account No.<br><br>**The Hanover Insurance Group**<br>**Post Office Box 580045**<br>**Charlotte, NC 28258** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 9,990.00 |
| Account No.<br><br>**The Hanover Insurance Group**<br>**Post Office Box 580045**<br>**Charlotte, NC 28258** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 8,961.00 |
| Account No.<br><br>**Thomas Sullivan**<br>**Post Office Box 1346**<br>**Leeds, AL 35094** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 1,948.35 |
| Account No.<br><br>**Tim Allen**<br>**7009 Irene Court**<br>**Tinley Park, IL 60477** | | J | **Personal Unsecured Loan** | | | | 70,000.00 |

Sheet no. __54__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
               (Total of this page)      **91,774.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
    **Michelle M. Haljean**                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TLC Express, LLC**<br>**5757 Kopetsky Drive, #E**<br>**Indianapolis, IN 46217** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 4,342.50 |
| Account No.<br><br>**Towne Air Freight**<br>**1932 Momentum Place**<br>**Chicago, IL 60689** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 13,950.00 |
| Account No.<br><br>**Transfac Capital LLC**<br>**Post Office Box 3238**<br>**Salt Lake City, UT 84110** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 450.00 |
| Account No.<br><br>**Transouth Express, LLC**<br>**925 Main Street, #300**<br>**Stone Mountain, GA 30083** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 593.00 |
| Account No.<br><br>**Tyme-IT Transportation, Inc.**<br>**Department 4949**<br>**Carol Stream, IL 60122** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 650.00 |

Sheet no. __55__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,985.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
         **Michelle M. Haljean**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| Universe Carrier, Inc. 3542 N. Newcastle Avenue Chicago, IL 60634 | | | J | | | | | 3,030.00 |
| Account No. | | | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| US Xpress Enterprises 4080 Jenkins Road Chattanooga, TN 37421 | | | J | | | | | 3,329.17 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| V.K. Service, Inc. 1032 Sanctuary Lane Naperville, IL 60540 | | | J | | | | | 4,308.51 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| Valeri Vlad 250 Nicols Drive Suwanee, GA 30024 | | | J | | | | | 6,585.56 |
| Account No. | | | | Business Debt Owed by T & K Logistics of Illinois, Inc. | | | | |
| Vasile Ungureanu 3251 N. Marion Avenue Springfield, MO 65803 | | | J | | | | | 3,760.13 |

Sheet no. __56__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,013.37

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter M. Haljean,**
     **Michelle M. Haljean**
                                               ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Venus Martinez<br>25142 Declaration Drive<br>Plainfield, IL 60544** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 4,937.80 |
| Account No. <br><br>**Viachaslav Kukharchuk<br>41 Brighton 1st Path, #4<br>Brooklyn, NY 11235** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 11,218.15 |
| Account No. <br><br>**Victor Doroshenko<br>1518 100th Street South<br>Tacoma, WA 98444** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 560.10 |
| Account No. **x-xxxx-2659** <br><br>**Victoria's Secret<br>Post Office Box 659728<br>San Antonio, TX 78265** | | J | **Personal Credit Card Debt** | | | | 394.80 |
| Account No. **xxx-xxxx-00-01** <br><br>**Village of New Lenox<br>1 Veteran's Parkway<br>New Lenox, IL 60451** | | J | **Personal Utility Bill Debt** | | | | 729.83 |

Sheet no. **57** of **61** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,840.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peter M. Haljean,**
      **Michelle M. Haljean**                                      Case No. _____

                                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Violation Processing Center**<br>**Post Office Box 2086**<br>**Cedar Rapids, IA 52406** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 75.00 |
| Account No.<br><br>**Viva Capital Funding Inc.**<br>**Post Office Box 17548**<br>**El Paso, TX 79917** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,200.00 |
| Account No.<br><br>**Vlad Popescu**<br>**2313 Avenue Y**<br>**Brooklyn, NY 11235** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 258.30 |
| Account No.<br><br>**Vladislav Kalitka**<br>**C/O Storto, Finn & Rosinski**<br>**100 W. Green Street**<br>**Bensenville, IL 60106** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 4,775.78 |
| Account No.<br><br>**Vladislav Kalitka**<br>**C/O Storto, Finn & Rosinski**<br>**100 W. Green Street**<br>**Bensenville, IL 60106** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | Unknown |

Sheet no. __58__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal            | 7,309.08
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**                                           Case No. _____
         **Michelle M. Haljean**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **W2 Logistics** **Post Office Box 373** **Elk Grove Village, IL 60009** | | | | | | | | | 5,730.00 |
| Account No. | | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **W2 Logistics Inc.** **1100 N. Ellis Street** **Bensenville, IL 60106** | | | | | | | | | 7,160.00 |
| Account No. | | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **W2 Logistics, Inc.** **C/O Richard T. Avis** **Post Office Box 1008** **Arlington Heights, IL 60006** | | | | | | | | | 1,309.00 |
| Account No. | | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **Western Trucking Box Inc.** **23 Morningside Terrace** **West Springfield, MA 01089** | | | | | | | | | 1,395.00 |
| Account No. | | | J | | Business Debt of T & K Nationwide Trucking, Inc. | | | | |
| **WEX** **97 Darling Avenue S.** **South Portland, ME 04106** | | | | | | | | | Unknown |

Sheet no. __59__ of __61__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

|  | 15,594.00 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peter M. Haljean,**
     **Michelle M. Haljean**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Cain**<br>**1014 Reynolds Street**<br>**Napoleon, OH 43545** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,397.97 |
| Account No.<br><br>**Woodland Transport LLC**<br>**12349 S. Latrobe Avenue**<br>**Alsip, IL 60803** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,200.00 |
| Account No.<br><br>**Xpress Direct**<br>**Post Office Box 116058**<br>**Atlanta, GA 30368** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,496.94 |
| Account No.<br><br>**Yevgeniy Davydyuk**<br>**7521 24th Street**<br>**Rio Linda, CA 95673** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,023.43 |
| Account No.<br><br>**Yuriy Havrylovych**<br>**5930 Bridge Garden Road**<br>**Knoxville, TN 37912** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 727.05 |

Sheet no. __60__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,845.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peter M. Haljean,**
   **Michelle M. Haljean**                                                                    Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Zipp Express LLC**<br>**575 Airport Road**<br>**Gallatin, TN 37066** | | J | **Business Debt of T & K Nationwide Trucking, Inc.** | | | | 2,500.00 |
| Account No.<br><br>**Zoltan Fekete**<br>**610 Stations Drive**<br>**Woodstock, GA 30188** | | J | **Business Debt Owed by T & K Logistics of Illinois, Inc.** | | | | 2,434.30 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __61__ of __61__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                       | 4,934.30
(Total of this page)

                                          Total                      | 2,187,248.95
(Report on Summary of Schedules)

B6G (Official Form 6G) (12/07)

In re   **Peter M. Haljean,**
   **Michelle M. Haljean**
_____,
Debtors

Case No. _____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **THR Illinois Property**<br>**C/O Invitation Homes**<br>**5509 N. Cumberland Avenue**<br>**Chicago, IL 60656** | **Residential Lease for Single Family Residence**<br>**Located at 1900 Hampton Court, Plainfield, IL** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Peter M. Haljean,**                                           Case No. _____
         **Michelle M. Haljean**

_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Peter M. Haljean** |
| Debtor 2<br>(Spouse, if filing) | **Michelle M. Haljean** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

<u>MM / DD/ YYYY</u>

## Official Form B 6I
## Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:          Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **Dispatcher** | |
| | Employer's name | **MP Logistics, Inc.** | |
| | Employer's address | **1020 Cedar Avenue**<br>**Saint Charles, IL 60174** | |
| | How long employed there? | 2 Months | |

**Part 2:          Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,466.67 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 3,466.67 | $ 0.00 |

Debtor 1   **Peter M. Haljean**
Debtor 2   **Michelle M. Haljean** _____        Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** | 4. $ 3,466.67 | $ 0.00 |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ 547.73 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ 547.73 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 2,918.94 | $ 0.00 |
| 8. | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: **Contribution from Co-Debtor's Son** | 8h.+ $ 0.00 | + $ 800.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 0.00 | $ 800.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 2,918.94 + $ 800.00 = $ 3,718.94 | |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____        11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies        12. $ 3,718.94

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Peter M. Haljean** |
| Debtor 2 (Spouse, if filing) | **Michelle M. Haljean** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                                12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ Yes. Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **9** | ☐ No ■ Yes |
| **Daughter** | **12** | ☐ No ■ Yes |
| **Son** | **24** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**          ■ No          ☐ Yes

**Part 2:** Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 1,850.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a.  $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | 0.00 |

| Debtor 1 | **Peter M. Haljean** | | |
|---|---|---|---|
| Debtor 2 | **Michelle M. Haljean** | | Case number (if known) |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 310.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 225.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 200.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 160.00 |
| | 15d. | Other insurance. Specify: **Renters Insurance** | 15d. $ | 20.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 220.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income.*** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. $ | 3,685.00 |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 3,718.94 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 3,685.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. | 23c. $ | 33.94 |
| | | The result is your *monthly net income.* | | |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Peter M. Haljean**
       **Michelle M. Haljean**

Debtor(s)

Case No. _____

Chapter     **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **80**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 29, 2014** _____

Signature    **/s/ Peter M. Haljean** _____
              **Peter M. Haljean**
              Debtor

Date   **May 29, 2014** _____

Signature    **/s/ Michelle M. Haljean** _____
              **Michelle M. Haljean**
              Joint Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Peter M. Haljean**
**Michelle M. Haljean**
Debtor(s)

Case No.
Chapter  **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,000.00 | Debtor's 2014 YTD Gross Income from MP Logistics, Inc. |
| $41,000.00 | Debtor's 2013 Gross Income from T & K Nationwide Trucking, Inc. |
| $45,000.00 | Co-Debtor's 2013 Gross Income from T & K Nationwide Trucking, Inc. |
| $150,000.00 | Debtor's 2012 Gross Income from T & K Nationwide Trucking, Inc. |
| $395,600.00 | Co-Debtor's 2012 Gross Income from T & K Nationwide Trucking, Inc. |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Small Business Financial Solutions LLC vs. T & K Nationwide Trucking, Inc. and Michelle Haljean Case No. 370949V** | **Breach of Contract** | **Circuit Court of Montgomery County Montgomery County, Maryland** | **Dismissed** |
| **BMO Harris Bank N.A. vs. T & K Nationwide Trucking, Inc., T & K Logistics of Illinois, Inc., Michelle M. Haljean and Peter M. Haljean Case No. 2013 L 9927** | **Breach of Contract** | **Circuit Court of Cook County, Illinois Chicago, Illinois** | **Judgment Entered** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vladislav Klaitka vs. T & K Logistics of Illinois, Inc., D/B/A T & K Nationwide Trucking, Inc. 2013 SC 3510** | **Breach of Contract** | **Circuit Court of DuPage County, Illinois Wheaton, IL** | **Judgment Entered** |
| **BMO Harris Bank N.A. vs. T & K Nationwide Trucking, Inc. and T & K Logistics of Illinois, Inc. 2013 L 727** | **Replevin** | **Circuit Court of Will County, Illinois Joliet, IL** | **Judgment Entered** |
| **Comdata Network, Inc. vs. T & K Logistics of Illinois, Inc. 2013 L 11749** | **Breach of Contract** | **Circuit Court of Cook County, Illinois Chicago, IL** | **Judgment Entered** |

None  ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None  ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None  ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None  ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Rouskey and Baldacci 151 Springfield Avenue Joliet, IL 60435** | **May, 2014** | **$1,200.00 for Attorney's fees and $306.00 for filing fee.** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Carmax 3320 Odyssey Court Naperville, IL 60563** None | **May 29, 2014** | **2014 Jeep Patriot; Gross Sale Amount: $14,000.00; Received $6,728.01 Net Proceeds After Payment of $7,271.99 Lien.** |
| **Carmax 18800 S. Oak Park Avenue Tinley Park, IL 60477** None | **May 30, 2014** | **2011 Ford F150 Pickup Truck Traded in for 2005 Chevrolet Trail Blazer; Trade-In Credit Amount: $37,750.36; Trade-In Payoff of Lien: $30,749.64; New Vehicle Financed Amount: $7,885.00.** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1029 S. Cooper<br>New Lenox, IL 60451 | Peter and Michelle Haljean | 5/2005 to 10/2011 |
| 12121 Aspen Lane<br>Homer Glen, IL 60491 | Peter and Michelle Haljean | 10/2011 to 8/2013 |

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

B7 (Official Form 7) (04/13)
6

| None ■ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law: |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

**18 . Nature, location and name of business**

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **T & K Nationwide Trucking, Inc.** | 56-2469776 | **2611 E. Cass Street Joliet, IL 60432** | **Trucking Business** | **August, 2005 to July, 2013** |
| **T & K Logistics of Illinois, Inc.** | 27-2150033 | **2611 E. Cass Street Joliet, IL 60432** | **Trucking Business** | **August, 2005 to July, 2013** |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
7

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 29, 2014**                    Signature  **/s/ Peter M. Haljean**
                                                      **Peter M. Haljean**
                                                      Debtor

Date  **May 29, 2014**                    Signature  **/s/ Michelle M. Haljean**
                                                      **Michelle M. Haljean**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Peter M. Haljean**
        **Michelle M. Haljean**                                Case No.
                                    Debtor(s)            Chapter     **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                                Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Diamond Resorts Financial Services,** | **Describe Property Securing Debt:**<br>**Time Share Located at The Palms Country Club and Resort Condominiums, Las Vegas, NV** |

Property will be (check one):
■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Fay Servicing** | **Describe Property Securing Debt:**<br>**Single Family Residence Located at 1029 S. Cooper Road, New Lenox, IL** |

Property will be (check one):
■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Internal Revenue Service** | **Describe Property Securing Debt:**<br>**Residence Located at 1113 Windy Hill Court, Varna, IL** |

Property will be (check one):
■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Marquette Bank** | **Describe Property Securing Debt:**<br>**Residence Located at 1113 Windy Hill Court, Varna, IL** |

B8 (Form 8) (12/08)                                                                                    Page 3

Property will be (check one):
- ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Suntander Consumer USA** | **Describe Property Securing Debt:**<br>**2005 Chevrolet Trail Blazer** |

Property will be (check one):
- ☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                              ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**THR Illinois Property** | **Describe Leased Property:**<br>**Residential Lease for Single Family Residence Located at 1900 Hampton Court, Plainfield, IL** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 29, 2014**          Signature  **/s/ Peter M. Haljean**
                                           **Peter M. Haljean**
                                           Debtor

Date  **May 29, 2014**          Signature  **/s/ Michelle M. Haljean**
                                           **Michelle M. Haljean**
                                           Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Peter M. Haljean**
      **Michelle M. Haljean**
                                                   Case No.
                              Debtor(s)                  Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept .......................................................................................................... $        **1,200.00**

        Prior to the filing of this statement I have received ............................................................................................ $        **1,200.00**

        Balance Due ........................................................................................................................................................... $        **0.00**

2.   $  **306.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any adversary proceeding filed against the debtors.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 29, 2014**                       **/s/ Robert J. Welz**
                                                     **Robert J. Welz**
                                                     **Rouskey and Baldacci**
                                                       **151 Springfield Avenue**
                                                     **Joliet, IL 60435**
                                                   **815-741-2118  Fax: 815-741-0670**
                                                 **rouskey-baldacci@sbcglobal.net**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their existing debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

 Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

 After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

 Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

 Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

 A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Peter M. Haljean**
       **Michelle M. Haljean**                                  Case No. _____

                                          Debtor(s)            Chapter     **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Peter M. Haljean**
**Michelle M. Haljean** _____    X   **/s/ Peter M. Haljean**           **May 29, 2014**
Printed Name(s) of Debtor(s)                  Signature of Debtor              Date

Case No. (if known) _____    X   **/s/ Michelle M. Haljean**        **May 29, 2014**
                                              Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Peter M. Haljean**
      **Michelle M. Haljean**          Case No. _____

                    Debtor(s)      Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **305**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 29, 2014** _____     **/s/ Peter M. Haljean** _____
                                        **Peter M. Haljean**
                                        Signature of Debtor

Date:   **May 29, 2014** _____     **/s/ Michelle M. Haljean** _____
                                        **Michelle M. Haljean**
                                        Signature of Debtor

A Plus Expediting & Logistics
Post Office Box 570
Dayton, OH 45404


A&L Global Enterprises
Post Office Box 801
Round Lake, IL 60073


A&N Transport, LLC
2846 Darlington Pointe
Duluth, GA 30097


A-Pass
Post Office Box 1480, Station A
Windsor, Ontario N9A 6R6


A. Blair Enterprises, Inc.
Post Office Box 598
Prospect, KY 40059


A7 Transport
4612 Castleford Lane
Columbus, OH 43228


AAA Communications
19420 Hunter Trail
Mokena, IL 60448


AAA Express
Post Office Box 692
West Springfield, MA 01090


ACS Services
7932 W. 934d Street, #3F
Hickory Hills, IL 60457


ADT Security Services
Post Office Box 650485
Dallas, TX 75265


Advance Business Capital
Post Office Box 610028
Dallas, TX 75261

Affiliated Computer Services
Post Office Box 201322
Dallas, TX 75320


AG Expedition Corp.
8350 W. 85th Street
Hickory Hills, IL 60457


AGK Express, Inc.
Post Office Box 662
Elk Grove Village, IL 60009


Alarm Detection
1111 Church Road
Aurora, IL 60505


Aleksandr Kotok
703 Hall Road
Easley, SC 29642


Alex Trucking, LLC
27168 Sinkhole Road
Sedalia, MO 65301


Alexander Coscius
1057 Duval Street
Lexington, KY 40515


ALK Technologies, Inc.
1000 Herrontown Road
Princeton, NJ 08540


Alliance Express, LLC
11494 Nora Drive
Fenton, MI 48430


ALLY
Post Office Box 9001951
Louisville, KY 40290


Alphera Financial Services
Post Office Box 9001065
Louisville, KY 40290

Amanda Salazar
2235 S. 58th Court
Cicero, IL 60804


American Express
Post Office Box 981535
El Paso, TX 79998


American Express
C/O Nationwide Credit
2002 Summit Blvd., #600
Atlanta, GA 30319


American Express
Post Office Box 0001
Los Angeles, CA 90096


Anatonily Vecherkovych
42 Patrick Mill Road
Winder, GA 30680


Andrei Ivanov
109 N. Yale Avenue
Villa Park, IL 60181


Andrew Bosworth
331 S. Lincoln Street
Portland, MI 48875


Andrey Pidkalyuk
2083 Autumn Leaves Circle
Green Bay, WI 54313


Andriy Pogorelov
407 S. Dexter Avenue
Springfield, MO 65802


Apex Capital Corporation
Post Office Box 961029
Fort Worth, TX 76161


Aron Filimon
50068 Basil Drive
Macomb, MI 48044

Artistics Outdoor Lighting
24 W. Potomac Avenue
Lombard, IL 60148


AT&T
Post Office Box 5093
Carol Stream, IL 60197


AT&T
Post Office Box 8100
Aurora, IL 60507


AT&T Universal Card
Post Office Box 6500
Sioux Falls, SD 57117


ATI Logistics
27490 Spring Valley Drive
Farmington, MI 48336


Atlantic Expedited, LLC
23 Clydes Way
Hoschton, GA 30548


Averitt Express
C/O Bonded Collection Corporation
29 E. Madison Street, #1650
Chicago, IL 60602


Barry Johnson
Post Office Box 3594
Evansville, IN 47734


Barry L. Johnson
3302 N. Dixieland Road, Apt. L-1
Rogers, AR 72756


Baxter Bailey & Associates
1630 Goodman Road East, #3
Southaven, MS 38671


Beary Landscape Management
15001 W. 159th Street
Homer Glen, IL 60491

Best Buy Credit Services
Post Office Box 790441
Saint Louis, MO 63179


BMO Harris Bank
BLST - Post Office Box 2880
Chicago, IL 60690


BMO Harris Bank
Commercial Card Department
4726 East Towne Blvd., #260
Madison, WI 53704


BMO Harris Bank
C/O Attorney Bryan Jacobson
111 W. Monroe Street
Chicago, IL 60603


Bolt Express, LLC
Post Office Box 759
Toledo, OH 43697


Bridgestone Credit First
Post Office Box 81315
Cleveland, OH 44181


Bull Dog Leasing
Post Office Box 361242
Strongsville, OH 44136


Canadian Transit Company
Post Office Box 1480
Station A
Windsor, Ontario N9A 6R6


Capital Credit, Inc.
Post Office Box 881774
San Francisco, CA 94188


Capital One
C/O Blatt, Hasenmiller, Leibsker &
125 S. Wacker Drive, #400
Chicago, IL 60606

Capital One
Post Office Box 30285
Salt Lake City, UT 84130


Capital One
Post Office Box 105474
Atlanta, GA 30348


Capital One Bank
Post Office Box 6492
Carol Stream, IL 60197


Capital Partners Funding
Post Office Box 2642
Carlsbad, CA 92018


Carriernet Group Financial, Inc.
Post Office Box 1130
Sioux Falls, SD 57101


Carwin Enterprises
27 Delatre Street
Woodstock, Ontario N4S 6B6


Century Finance, LLC
Post Office Box 16960
Jonesboro, AR 72403


Charles Casler
11300 Wexford Drive
Mokena, IL 60448


Charles Jacobs
2441 Harriet Avenue
Baltimore, MD 21230


Charles Spivey
1072 State Road, #67
Martinsville, IN 46151


Chase Bank
Post Office Box 15298
Wilmington, DE 19850

Cherry Creek Commons
11520 Francis Road
Mokena, IL 60448


City of Cedar Rapids, Iowa
Violation Processing Center
Post Office Box 2086
Cedar Rapids, IA 52401


Clutch Cargo
5172 E. 128th Street
Garfield Heights, OH 44125


Comcast
Post Office Box 3001
Southeastern, PA 19398


Comcast Cable
C/O Credit Collection Services
2 Wells Avenue
Newton Center, MA 02459


Comcast Cable
Post Office Box 3002
Southeastern, PA 19398


Comdata Network, Inc.
C/O Law Offices of Brian J. Ferber
5611 Fallbrook Avenue
Woodland Hills, CA 91367


Comeinty Bank
Bankruptcy Department
Post Office Box 182125
Columbus, OH 43218


Comenity Bank
Bankruptcy Department
Post Office Box 182125
Columbus, OH 43218


Commonwealth Edison
Bill Payment Center
New Lenox, IL 60451

Constantie Fatu
22964 S. Lake Drive
Foley, AL 36535


Constantin Ninov
390 Woodside Court, #3
Rochester, MI 48307


Corporate Billing, LLC
Post Office Box 1000
Department 959
Memphis, TN 38148


Credit First
Post Office Box 81344
Cleveland, OH 44188


Creekside Cargo, Inc.
15416 Industrial Parkway
Cleveland, OH 44135


Danuta Barej
7420 Maple Drive
Justice, IL 60458


Dariusz Bosek
1811 Marigold Lane
Hanover Park, IL 60133


David Boehm
Post Office Box 101
Bluffton, OH 45817


David Lindsay
4813 Ridge Road 33-111
Douglasville, GA 30134


David Sabadash
1059 Duval Street
Lexington, KY 40515


Dawson Expediting
114 W. PR 1275 N.
Brazil, IN 47834

DB Squared, Inc.
Post Office Box 3679
Federal Way, WA 98063


Destination Express, LLC
637 Neave Street
Cincinnati, OH 45204


Diamond Delivery Service, LLC
2312 Northyard Court
Fort Wayne, IN 46818


Diamond Resorts Financial Services,
10600 W. Charleston Blvd.
Las Vegas, NV 89135


Direct TV
Post Office Box 78626
Phoenix, AZ 85062


Discover Card
Post Office Box 30943
Salt Lake City, UT 84130


Douglas Vaughn
199 Greenfield Road
Hiram, GA 30141


E.L. Hollingsworth Co., Inc.
Post Office Box 7762
Flint, MI 48507


Eclipse Expediting, LLC
2629 Remico St., SW, #C
Wyoming, MI 49519


England Carrier Services
Post Office Box 953086
Saint Louis, MO 63195


Errands 1st LLC
1298 Conant Street
Maumee, OH 43537

EX-RAY Expedite Inc.
193 Volt Circle
Statesville, NC 28677


Express Expedited Services LLC
1523 Mack Smith Road, #40
Rossville, GA 30741


Fast Exact
31 D Airport Blvd.
South San Francisco, CA 94080


Fay Servicing
Post Office Box 220720
Chicago, IL 60622


Federal Express
Post Office Box 94515
Palatine, IL 60094


Financial Carrier Services
Post Office Box 151052
Ogden, UT 84415


First Chicago Fast Line
8626 W. Berwyn Avenue, #3S
Chicago, IL 60656


First Insurance Funding Corp.
450 Skokie Blvd., #1000
Northbrook, IL 60062


Firstline Funding Group
Metro Cartage LLC
Post Office Box 328
Madison, SD 57042


Fleet One Factoring
Post Office Box 102970
Atlanta, GA 30368


Frank DeRango
27445 Longtree Court
Channahon, IL 60410

Freightquote.com
C/O Receivable Management Services
Post Office Box 523
Richfield, OH 44286

G&K Services
8201 S. Cork Avenue
Justice, IL 60458

GE Capital
Post Office Box 740423
Atlanta, GA 30374

GE Capital Bank - Wal-Mart
Bankruptcy Department
Post Office Box 103104
Roswell, GA 30076

Gelu Belea
8114 S. Keating Avenue
Chicago, IL 60652

Gheorghe Lazarian
3504 Ivy Crest Qay
Buford, GA 30519

Gojko Vidovic
6958 W. Higgins Avenue, #1
Chicago, IL 60656

Gold Coast Logistics Group
341 Dartmoor Avenue
Romeoville, IL 60446

Grassers Plumbing & Heating
Post Office Box 8
Mc Nabb, IL 61335

Gregory Duck
6009 E. Lancaster, #120
Fort Worth, TX 76112

Grzegorz Bak
7700 W. 91st Street
Hickory Hills, IL 60457

Hallberg Commercial Insurors, Inc.
120 W. 22nd Street, #200
Oak Brook, IL 60523

Harry Byers
1608 Mason King
San Antonio, TX 78260

Hi Tech Express, Inc.
Post Office Box 56230
Chicago, IL 60656

Hire Right Solutions, Inc.
23883 Network Place
Chicago, IL 60673

Hogue Trucking
14 Melton Avenue
Rome, GA 30165

Hollingworth Group
Post Office Box 7762
Flint, MI 48507

I.D.E.S.
Bankruptcy Unity
401 S. State Street, 3rd Floor
Chicago, IL 60605

Ice Mountain Direct
Post Office Box 856680
Louisville, KY 40285

Igor Utkin
1314 Gran Court, #D
Roswell, GA 30076

Ilia Tchoudin
427 Aristocrat Drive
Bolingbrook, IL 60440

Ilie Ciochia
4645 Bullock Bridge Drive
Loganville, GA 30052

Illia Herman
1087 Yellow River Drive
Lawrenceville, GA 30043


Illinois American Water
Post Office Box 94551
Palatine, IL 60094


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph, Level 7-425
Chicago, IL 60606


Impact Leasing, LLC
Post Office Box 3090
Milwaukee, WI 53201


Impact Networking, LLC
75 Remittance Drive, #1076
Chicago, IL 60675


Indy Expediting Nationwide, Inc.
575 Kopetsky drive
Indianapolis, IN 46217


Internal Revenue Service
ACS Support - Stop 8130
Post Office Box 145566
Cincinnati, OH 45250


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Interstate Contract Services
625 Sheridan Street
Albert Lea, MN 56007


Interstate Express, LLC
4731 Beach 47th Street
Brooklyn, NY 11224

Interstate Express, LLC
7851 Old Morrow Road
Jonesboro, GA 30236


Investment Options LLC
N56 W19289 Spencer Court
Menomonee Falls, WI 53051


Ivan Fratea
3715 Mermaid Avenue, #1B
Brooklyn, NY 11224


Ivan German
2214 Shoal Creek Road
Buford, GA 30518


Ivan Havrylovych
3709 Buffat Mill Road
Knoxville, TN 37914


J Express, LLC
2153 Splitrail Trail
Buford, GA 30519


J&J Antique Sales
13423 County Road 27
Fayette, OH 43521


Janis Hicks
1016 Warrington Avenue
Danville, IL 61832


Jarrell's Moving and Transport Co.
5076 Park Avenue West
Seville, OH 44273


JC Penny
Post Office Box 965009
Orlando, FL 32896


JC Penny
Post Office Box 965008
Orlando, FL 32896

JD Factors
Post Office Box 687
Wheaton, IL 60187


Jerry Baker
38 Baker Lane
Camden, TN 38320


Jhon Hidalgo
2211 Hudson Road, #416
Greer, SC 29650


John Greene
Post Office Box 95
Madison, OH 44057


Julian Georgiev
4814 Image Way
Sacramento, CA 95842


Jung Express
201 W. Air Cargo Way
Milwaukee, WI 53207


JVDOGG Trucking, LLC
Post Office Box 1402
Ridgeland, SC 29936


K&M Expediting II LLC
7064 Desmond Road
Waterford, MI 48329


Kadinger Transport LLC
410 Sheridan Road
Racine, WI 53403


Kaleb Teferi
3100 Sweetwater Road, #2307
Lawrenceville, GA 30044


Kansas Department of Revenue
Division of Property Valuation
915 S.W. Harrison Street
Topeka, KS 66612

Karoly Dudas
4148 Main Street
Skokie, IL 60076


Keith Mahlum
256 S. Harrison Street
Mondovi, WI 54755


Keith Shpakoff
173 A.C.T.
New Kensington, PA 15068


Kelan Rozanski
36723 Audrey Road
New Baltimore, MI 48047


Kenneth Horvath
100-18 Brittini Lane
Lenoir City, TN 37771


Kenson Ilderice
5537 Mansfield Place
Jacksonville, FL 32207


Kevin Alton
7551 Senator Road
Sheridan, MI 48884


KM Logistics
6221 S. Ace Industrial Drive
Cudahy, WI 53110


Kohl's
Post Offie Box 3043
Milwaukee, WI 53201


Kozko Enterprises, LLC
17492 Fristoe Road
Sedalia, MO 65301


Kurt Spinner
9460 Valley Road NW
Rapid City, MI 49676

Lake Wildwood Association
1000 Lake Wildwood Drive
Varna, IL 61375


Landstar Carrier Group
C/O Cross Country Collections, Inc.
Post Office Box 3487
Kingsport, TN 37664


Liberty National Financial Corp.
Post Office Box 6089
Norman, OK 73070


Liquid Capital Exchange
19 16th Avenue N
Hopkins, MN 55343


Lucian Pricop
2389 White Alder Drive
Buford, GA 30519


Marcos Padillia
7516 Boxwood Lane
Plainfield, IL 60586


Mareewan Badraddin
4546 S. 23rd Streeet, #5
Milwaukee, WI 53221


Marius Bihorean
1430 Ridge Road
Lawrenceville, GA 30043


Mark Yates
417 Homeplace Drive
Stockbridge, GA 30281


Marquette Bank
15959 108th Avenue
Orland Park, IL 60467


Martha Stanelle
242 Stanelle Road
Russell Springs, KY 42642

MEADtrans, LLC
5916 E. Lake Parkway, #311
McDonough, GA 30253


Melvin Dellinger
Post Office Box 6354
Clinton, IL 61727


Mercedes Benz Financial Services
Post Office Box 5260
Carol Stream, IL 60197


Mercedes-Benz Financial Services
13650 Heritage Parkway
Fort Worth, TX 76177


Metro Express Transportation
875 Fee Fee Road
Maryland Heights, MO 63043


Metro Freight Brokers, LLC
5965 Wall Street
Sterling Heights, MI 48312


Mid State Express Inc.
2305 S. State Highway 121, #135
Lewisville, TX 75067


Midwest Transportation Services
8728 N. Briarwood Lake W. Drive
New Richmond, OH 45157


National Bankers Trust
Post Office Box 1752
Memphis, TN 38101


NCO Financial Systems
Post Office Box 17218
Department 806
Wilmington, DE 19850


New Lenox Industrial Park
538 E. Illinois Highway
New Lenox, IL 60451

Nicor Gas
Post Office Box 5407
Carol Stream, IL 60197


Nikolay Billiychuk
6456 S. Meadowview Avenue
Ozark, MO 65721


Nikolay Kondor
3894 Blue Springs Road
Cleveland, TN 37311


Nissan Motor Acceptance Corporation
C/O AMO Recoveries
5655 Peachtree Parkway, #213
Norcross, GA 30092


Nissan Motor Acceptance Corporation
Post Office Box 660366
Dallas, TX 75266


Non Stop Service
Post Office Box 133
Morrisville, NC 27560


Nordstrom
Post Office Box 6555
Englewood, CO 80155


NuWay
Tinley Park Disposal Service
Post Office Box 9
Mokena, IL 60448


NuWay Disposal Service
Post Office Box 9
Mokena, IL 60448


Octavian Bors
900 E. Piney Branch Drive
Virginia Beach, VA 23451


One Time Media
Post Office Box 782
Florence, KY 41022

Orange Commercial Credit
Post Office Box 11099
Olympia, WA 98508


Par Logistics, Inc.
1251 N. Plum Grove Road, #120
Schaumburg, IL 60173


Paul Hanson
Post Office Box 92
Haviland, OH 45851


Paul Newell Seaman, LCSW
9601 W. 165th Street, #6
Orland Park, IL 60467


Pavestone Capital LLC
Post Office Box 1110
Fruitland, ID 83619


Pavlo Sobchenko
2101 S. Oak Park Avenue, #2W
Berwyn, IL 60402


Paychex, Inc.
1000 E. Warrenville Road, #200
Naperville, IL 60563


Pecas Services, Inc.
10915 35th Place North
Plymouth, MN 55441


Peter Stoica
440 Hunter Crest Drive
Saline, MI 48176


Petr Todirash Jr.
1557 E. 490th Road
Bolivar, MO 65613


Polly Express
565 Dave Smith Road
Prospect Hill, NC 27314

Portfolio Recovery Associates
Bankruptcy Department
120 Corporate Blvd.
Norfolk, VA 23502


Pre Pass
23566 Network Place
Chicago, IL 60673


Premium Transportation Log LLC
Dept. 9226-001
Post Office Box 30516
Lansing, MI 48909


Prestige Expedite
Post Office Box 901700
Cleveland, OH 44190


Pro Express LLC
926-1/2 Milwaukee Avenue
South Milwaukee, WI 53172


Pro Express LLC
729 Hawthorne Avenue, #1
South Milwaukee, WI 53172


ProActive
Post Office Box 361448
Des Moines, IA 50336


Pronto Freight Ways Inc.
28666 Hildebrandt Street
Romulus, MI 48174


R&J Transport Division
209 W. 2nd Street, #160
Fort Worth, TX 76102


Rapid Advance
7316 Wisconsin Avenue, #350
Bethesda, MD 20814


Red Ball Express LLC
13880 Newton Road
Middleburg Heights, OH 44130

River Side Logistics LLC
Post Office Box 644
Monticello, MN 55362


Riviera Finance
Post Office Box 535213
Atlanta, GA 30353


RJ's Expediting, LLC
1328 Alivia Drive
Plainwell, MI 49080


RLT Enterprise, LLC
9729 SW 18th Street
Oklahoma City, OK 73128


Road King Tire & Service
1200 S. Cedar Road
New Lenox, IL 60451


Robert Buckley
1961 Winchelsea Court West
Atlanta, GA 30338


Robert Deak
147 W. 230th Street, #4F
Bronx, NY 10463


Robert Smith
1315 Byington Court
Crown Point, IN 46307


Roberts Tire - Homer Glen
15741 S. Bell Road
Homer Glen, IL 60491


Rodrigo Bonilla
401 Milford Church Road
Taylors, SC 29687


Ronald Ross, Jr.
7770 Woodward Avenue
Woodridge, IL 60517

Royal Express & Trucking Inc.
242 W. Devon Avenue
Bensenville, IL 60106


Royalty Gate
521 Woodland Drive
Largo, FL 33771


RP Expediting LLC
448 Abberly Lane
Boiling Springs, SC 29316


Rudolph Patkolo
46654 Jonathan Circle, #654
Shelby Township, MI 48317


Runa Link Corp.
Post Office Box 207
Westmoreland, NY 13490


Rush Trucking
Post Office Box 1011
Wayne, MI 48184


Rushing Transport LLC
216 Delano Avenue
Greer, SC 29650


Salar Zangana
6263 S. 26th Street
Milwaukee, WI 53221


Serhiy Tkachenko
7023 Woodland Drive, #107
Eden Prairie, MN 55346


Snap Transportation, LLC
250 N. Orange Avenue, #1200
Orlando, FL 32801


Southwest Dermatology
15300 West Avenue
Orland Park, IL 60462

Speciality Delivery  Logistics
13000-F S. Tryon
PMB 261
Charlotte, NC 28278


Speedway, LLC
Post Office Box 740587
Cincinnati, OH 45274


SpeedyC, LLC
244 McKees Rock Lane
Lawrenceville, GA 30044


Spin Transit, Inc.
1105 S. Robert Drive
Mount Prospect, IL 60056


Sports Authority
Post Office Box 659704
San Antonio, TX 78265


Sprint
Post Office Box 2077
London, KY 40742


Sprint
Post Office Box 4181
Carol Stream, IL 60197


SR Freight
707 Golden Prairie Drive
Davis Junction, IL 61020


STAT Delivery Service
Post Office Box 582
Elk Grove Village, IL 60009


Stephen Wohl
646 N. Paseo Rico
Green Valley, AZ 85614


Sterling Commercial Credit
10559 Citation Drive, #204
Brighton, MI 48116

Sunbelt Finance, LLC
Post Office Box 1000
Dept. 144
Memphis, TN 38148


Suntander Consumer USA
Post Office Box 47260
Atlanta, GA 30362


Super Fleet
Credit Customer Service
Post Office Box 1590
Springfield, OH 45501


Superior Global Logistics
19661 Brownstown Center Drive, #600
Brownstown, MI 48183


Sylectus
3290 Jefferson Blvd., #202
Windsor, Ontario N8T 2W8


Tadeusz Sowizrat
17528 Larkspur Court
Homer Glen, IL 60491


TCI Business Capital Inc.
9815 Paysphere Circle
Chicago, IL 60674


Terminix International
C/O Nationwide Credit
2002 Summit Blvd., #600
Atlanta, GA 30319


The Expediting Co., Inc.
1295 S. Brown School Road
Vandalia, OH 45377


The Hanover Insurance Group
Post Office Box 580045
Charlotte, NC 28258

Thomas Sullivan
Post Office Box 1346
Leeds, AL 35094


Tim Allen
7009 Irene Court
Tinley Park, IL 60477


TLC Express, LLC
5757 Kopetsky Drive, #E
Indianapolis, IN 46217


Towne Air Freight
1932 Momentum Place
Chicago, IL 60689


Transfac Capital LLC
Post Office Box 3238
Salt Lake City, UT 84110


Transouth Express, LLC
925 Main Street, #300
Stone Mountain, GA 30083


Tyme-IT Transportation, Inc.
Department 4949
Carol Stream, IL 60122


United Recovery Systems
Post Office Box 722929
Houston, TX 77272


Universe Carrier, Inc.
3542 N. Newcastle Avenue
Chicago, IL 60634


US Xpress Enterprises
4080 Jenkins Road
Chattanooga, TN 37421


V.K. Service, Inc.
1032 Sanctuary Lane
Naperville, IL 60540

Valeri Vlad
250 Nicols Drive
Suwanee, GA 30024


Vasile Ungureanu
3251 N. Marion Avenue
Springfield, MO 65803


Venus Martinez
25142 Declaration Drive
Plainfield, IL 60544


Viachaslav Kukharchuk
41 Brighton 1st Path, #4
Brooklyn, NY 11235


Victor Doroshenko
1518 100th Street South
Tacoma, WA 98444


Victoria's Secret
Post Office Box 659728
San Antonio, TX 78265


Village of New Lenox
1 Veteran's Parkway
New Lenox, IL 60451


Violation Processing Center
Post Office Box 2086
Cedar Rapids, IA 52406


Viva Capital Funding Inc.
Post Office Box 17548
El Paso, TX 79917


Vlad Popescu
2313 Avenue Y
Brooklyn, NY 11235


Vladislav Kalitka
C/O Storto, Finn & Rosinski
100 W. Green Street
Bensenville, IL 60106

W2 Logistics
Post Office Box 373
Elk Grove Village, IL 60009


W2 Logistics Inc.
1100 N. Ellis Street
Bensenville, IL 60106


W2 Logistics, Inc.
C/O Richard T. Avis
Post Office Box 1008
Arlington Heights, IL 60006


Western Trucking Box Inc.
23 Morningside Terrace
West Springfield, MA 01089


WEX
97 Darling Avenue S.
South Portland, ME 04106


William Cain
1014 Reynolds Street
Napoleon, OH 43545


Woodland Transport LLC
12349 S. Latrobe Avenue
Alsip, IL 60803


Xpress Direct
Post Office Box 116058
Atlanta, GA 30368


Yevgeniy Davydyuk
7521 24th Street
Rio Linda, CA 95673


Yuriy Havrylovych
5930 Bridge Garden Road
Knoxville, TN 37912


Zipp Express LLC
575 Airport Road
Gallatin, TN 37066

Zoltan Fekete
610 Stations Drive
Woodstock, GA 30188